**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) RAQUINDA WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: CIV-13-1156-D |
| | ) | |
| (1) TRADERS INSURANCE COMPANY, | ) | |
| A Foreign for Profit Insurance Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

**COMES NOW** Defendant, Traders Insurance Company, by and through counsel, and gives notice to the Court that the parties have reached a settlement of the above captioned matter. At this time the parties are exchanging settlement drafts and pleadings and a dismissal will be filed. Defendant, Traders Insurance Company would ask to have any scheduled court appearances stricken.

GIVENS LAW FIRM


BY:   /s Greg D. Givens
      Greg D. Givens, OBA No. 10310
      Sheila R. Benson, OBA No. 19050
      136 N.W. 10th Street, Suite 100
      Oklahoma City, OK  73103
      Telephone:   (405) 604-6880
      Facsimile:   (405) 604-6998
      Email:       ggivens@givenslaw.net
                   sbenson@givenslaw.net
      *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 20th day of November, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Michael D. McGrew
Michael D. McGrew & Associates, PC
400 N. Walker, Suite 115
Oklahoma City, OK 73102
*Attorney for Plaintiff*

                                              /s Greg D. Givens